# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff-Appellant, | 2:10-cr-003-JCM & 2:10-cr-039 JCM |
| vs. | USCA Nos. 11-10253 & 11-10254 |
| CHRISTOPHER J. BIGGERS, | |
| Defendant-Appellee. | **ORDER** |

Presently before the court is Christopher J. Biggers' 28 U.S.C. § 2255 petition. (Doc. #54). The government has filed a non-opposition. (Doc. #55).

Petitioner seeks to have this court vacate its previous judgment and reenter it to enable petitioner to timely file a notice of appeal. In light of the Ninth Circuit's holding in *United States v. Sandoval-Lopez*, 409 F.3d 1193 (9th Cir. 2005), and the government's non-opposition, the court hereby grants petitioner's request.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this court's judgment of conviction as to Christopher J. Biggers, in case no. 2:10-cr-00039-JCM-PAL (doc. #41) be, and the same hereby is, VACATED and immediately REENTERED as of this date.

DATED March 23, 2012.

JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE